UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

-vs-

THOMAS R. KEEGAN

Case Number: 6:04-Cr-130-Orl-31KRS

USM Number: 25780-018

Clarence W. Counts, Jr.
Federal Public Defender's Office
201 S. Orange Ave. #300
Orlando, FL 32801

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Probation or Supervised Release

The defendant admitted guilt to violation charge numbers 4, 5, 6, 8, 9, 10 and 11 of the term of supervision. The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
| --- | --- | --- |
| 4 | New Criminal Conduct: Sale of Cocaine within 1000 feet of a School | June 28, 2007 |
| 5 | New Criminal Conduct: Possession of Methamphetamine | June 28, 2007 |
| 6 | New Criminal Conduct: Possession of Less than 28 Grams of Cocaine | June 28, 2007 |
| 8 | New Criminal Conduct: Possession of Drug Paraphernalia | June 28, 2007 |
| 9 | Positive urinalysis for Cocaine in violation of Condition Seven of the Standard Conditions of Supervision | May 17, 2007 |
| 10 | Positive urinalysis for Cocaine in violation of Condition Seven of the Standard Conditions of Supervision | May 25, 2007 |
| 11 | Positive urinalysis for Cocaine in violation of Condition Seven of the Standard Conditions of Supervision | May 31, 2007 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Violation charge numbers 1, 2, 3 and 7 are dismissed and the defendant is discharged as to such violations..

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

5/28/2008

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

May 29, 2008

AO 245B (Rev. 6/05) Judgment in a Criminal Case

THOMAS R. KEEGAN  
6:04-Cr-130-Orl-31KRS

Page 2 of 2

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **12 months and 1 day.**  The sentence shall run consecutive to the sentence imposed in the Brevard County Circuit Court under case number 07-CF-057496.

It is FURTHER ORDERED that upon release from imprisonment, Defendant is released from further supervision by the court.

The defendant is remanded to the custody of the United States Marshal once released from state custody.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____  
UNITED STATES MARSHAL

By:_____  
Deputy U.S. Marshal

AO 245B (Rev. 6/05) Judgment in a Criminal Case